JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SUNNY MISUN KIM ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY ET AL.,<br><br>Defendants. | Case № 2:21-cv-02185-ODW (JPRx)<br><br>Consolidated with<br>2:21-cv-09642-ODW (JPRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation to Dismiss Action, (ECF No. 71), hereby dismisses with prejudice the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 15, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**